**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6593**

———————————

JERRY ALLEN HOLLOWAY,

                                   Petitioner - Appellant,

        versus

RONALD ANGELONE,

                                   Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-27-7)

———————————

Submitted:  August 17, 1999          Decided:  August 31, 1999

———————————

Before ERVIN, WILKINS, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jerry Allen Holloway, Appellant Pro Se.  Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Allen Holloway seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Holloway v. Angelone, No. CA-99-27-7 (W.D. Va. Apr. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED